**IN the INTEREST OF: I.P., IV**

**No. ED 104716**

Missouri Court of Appeals,
Eastern District,
**DIVISION FIVE.**

Filed: May 9, 2017

those losses might also be contained in the firm's records).

Michael L. Walton, St. Louis, MO, for appellant.

Joshua Hawley, Atty. Gen., Jason K. Lewis, Asst. Atty. Gen., for respondent.

Branden D. Brooks, St. Louis, MO, Guardian Ad Litem.

Before: Philip M. Hess, C.J., Lawrence E. Mooney, J., and James M. Dowd, J.

## ORDER

### PER CURIAM

The mother, Marisha Gordon, challenges the judgment of the Circuit Court of the City of St. Louis terminating her parental rights to the child, I.P., who was 13 years old at the time of judgment.[1] Finding no error, we affirm.

An opinion would have no precedential value. We have provided the parties with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the trial court's judgment. Rule 84.16(b)(1).

Mark A. Grothoff, Columbia, MO, for Appellant.

Joshua D. Hawley, Attorney General, Dora A. Fichter, Asst. Attorney General, Dora A. Fichter, Asst. Attorney General, for Respondent.

Before Angela T. Quigless, P.J. and Robert G. Dowd, Jr. and Lisa Van Amburg, JJ.

---

1. The child's biological father is deceased.